UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

FAITH BELL, TIMOTHY BELL,
WILLIAM MORALES

            PLAINTIFFS                       **STIPULATION AND ORDER OR DISMISSAL**

    - Against -

THE CITY OF NEW YORK, Detective EMRAH          14-CV-04585 (ENV) (CLP)
ATES, Shield No. 257; Detective EDWARD MEIJA,
Shield No. 552, Sergeant ADAN MUNOZ, Shield No.
1313, and P.O. JOHN DOE 1 through 10,
individually and in their official capacities, the true
names of JOHN DOE being presently unknown.

            DEFENDANTS

-----------------------------------------------------------------X

       WHEREAS, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that

       1.    The above-referenced action is hereby dismissed with prejudice; and

       2.    Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement

*agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.*

Dated: New York, New York
April 2, 2015

| | |
|---|---|
| Raoul Zaltzberg<br>Zaltzberg & Hutchinson, LLC.<br>305 Broadway, Suite 900<br>New York, NY 10007<br>212-323-7418<br><br>By: _____<br>Raoul Zaltzberg<br>*Attorney for Plaintiff* | Rosemari Y. Nam<br>Corporation Counsel of the City<br>of New York<br>100 Church Street<br>New York, NY 10007<br><br>By:_____/s/_____<br>Rosemari Y. Nam<br>*Assistant Corporation Counsel* |

**SO ORDERED:**

_____
**Hon. Eric N. Vitaliano
United States District Judge**